UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:24CR583 MTS/JSD |
| RODNEY MCINTOSH, | ) ) |
| Defendant. | ) ) |

**FILED NOV - 6 2024 U. S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS**

## MOTION FOR CONTINUED PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nino Przulj, Assistant United States Attorney for said District, and moves this Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, § 3141, et seq.

In further support, the United States of America states:

1. Defendant Rodney McIntosh is charged with one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), an offense carrying a fifteen-year maximum term of imprisonment.

2. On October 14, 2024, detectives with the Saint Louis Metropolitan Police Department's Intelligence Division sought to arrest McIntosh for charges of aggravated rape and sodomy of victim T.H. who later died. Two people witnessed the sexual assault.

3. Detectives knew McIntosh sold narcotics from a Nissan Altima and was always in possession of a gun. They spotted the Altima near 4675 S. 38th St. and, after a chase, arrested the occupants. Upon approach, officers had seen the passenger, later identified as McIntosh,

making furtive movements as if hiding something. A tow inventory search led to the discovery of a black and tan 9mm Taurus G2C (ABJ960492) in the glove compartment where the Defendant had been sitting.

4. Detectives also searched a black backpack belonging to the Defendant and found marijuana packaged for sale along with various items in McIntosh's name. During a subsequent interview, McIntosh admitted to selling marijuana.

5. The Defendant's lengthy criminal history reflects the following notable convictions:

- 22001-01824, St. Louis City, *State v. McIntosh*
    - Guilty Plea/Sentence Date:    May 17, 2000
        - Count One:            Unlawful use of a weapon (F)
        - Sentence:             Five years in MO DOC.

- 22001-0761-01, St. Louis City, *State v. McIntosh*
    - Guilty Plea/Sentence Date:    May 29, 2000
        - Count One:            Unlawful use of a weapon (F)
        - Count Two:            Possession of a controlled substance (F)
        - Sentence:             Five and seven years in MO DOC.

- 22001-0761-01, St. Louis City, *State v. McIntosh*
    - Guilty Plea/Sentence Date:    January 17, 2001
        - Count One:            Possession of a controlled substance (F)
        - Sentence:             Seven years in MO DOC.

- 4:08-CR-00235-CDP, Eastern District of Missouri, *United States v. McIntosh*
    - Guilty Plea/Sentence Date:    November 21, 2008
        - Count One:            Felon in possession of a firearm (F)
        - Sentence:             48 months' imprisonment; two years supervised release

- 2:11-CR-20085-KHV, District of Kansas, *United States v. McIntosh*
    - Guilty Plea/Sentence Date:    June 20, 2013
        - Count One:            Dismissed
        - Count Two:            Assault on Government Employee (F)
        - Count Three:          Assault on Government Employee (F)
        - Count Four:           Assault on Government Employee (F)
        - Count Five:           Assault on Government Employee (F)
        - Count Six:            Assault on Government Employee (F)
        - Count Seven:          Assault on Government Employee (F)
        - Count Eight:          Assault on Government Employee (F)
        - Count Nine:           Assault on Government Employee (F)
        - Sentence:             144 months' imprisonment; supervision

transferred to ED MO on April 30, 2024

6. The Defendant has since been detained in each of his supervised release cases pending in the Eastern District of Missouri.

7. The United States seeks continued detention given that the Defendant's criminal history, the weight of the evidence, and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by the Defendant's release. Further, given the Defendant's history of failing to abide by conditions of release and pending revocations, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Nino Przulj*
NINO PRZULJ, #68334MO
Assistant United States Attorney